Argued September 17, affirmed November 24, 1975

IN THE MATTER OF THE DISSOLUTION OF THE MARRIAGE OF
WEAVER, *Respondent, and* WEAVER
(No. 28917) (CA 4265), *Appellant.*

542 P2d 1036

*Robert S. Gardner,* Corvallis, argued the cause for appellant. With him on the brief were Ringo, Walton & Eves, Corvallis.

*David Smedema,* Corvallis, argued the cause for respondent. With him on the brief were Smedema, Evashevski & Marek, Corvallis.

Before SCHWAB, Chief Judge, and FORT and LEE, Judges.

PER CURIAM.

The issue in this dissolution proceeding is child custody. Pursuant to *Sarty v. Forney,* 12 Or App 251, 253, 506 P2d 535 (1973), we do not set forth the facts.

After applying the factors set forth in *Tingen v. Tingen,* 251 Or 458, 446 P2d 185 (1968), we conclude

that the trial court was correct in deciding that it would be in the best interests of the children that their custody be awarded to respondent.

Affirmed.